United States Judicial
District of Bridgeport, CT

Benedith Nata                           3:00MC504HBF
      v
Amore

### Motion to Dismiss

Please dismiss this case.


Benedith Nata
(complainant)

Certification of Service
A copy of this order sent to Clerk's Office at 915 Lafayette Blvd Rm 309 Bridgeport, CT 06604

25th day of June 2005

Benletu Nctr (complaintant)