Federal District of Bridgeport
Connecticut

Bernadette Nata
            v                          # 300 MC 504 HBF

Fork et al

FILED
2005 SEP -1  A 11:13
U.S. DISTRICT COURT
BRIDGEPORT CONN

                    Motion To Withdraw

Please remove case from docket

and Computer due to it's sensitivity

I ~~did I~~ was denied legal

protection or Discovery by the State

of Connecticut due to Union, Political

party fear of retribution and blacklisting

Since time is of the essence to

stop entities allowing them to acquire

evidence from political and Union

unethical behavior against a citizen

                I ask the court

I ~~have no choice but~~ to withdraw

this case.

Certificate of Statement

This motion was sent to the Clerks Office (copy) to 915 Lafayette Blvd Bridgeport, CT 06604

Benedette Nesty    13427 Chippedale D. Spring Hill FL 22nd day of August 2005.